**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Stephen A. Cane    Chapter 13 15-15935-SR

Debtor    **SECOND AMENDED CHAPTER 13 PLAN**

(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in plural). Earnings of Debtor submitted to the control and supervision of Frederick L. Reigle, Esquire Chapter 13 Trustee as follows: Debtor to pay Trustee the total sum of Five Thousand One Hundred Twenty-Seven Dollars and Zero Cents (5,127.00). Debtor to receive credit for monies paid to the Chapter 13 Trustee to date in the amount of $3,200.00 through December 2016. The balance of the Plan will be paid off from the proceeds of the sale of Real Estate located at 345 E Chestnut Street, Coatseville, PA 19320 within 90 days of the filing of this Plan.

I. From the payments so received, the Trustee shall make disbursements as follows:
a. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507, as follows:
I. Trustee's commissions.
II. Approved attorney's fees for services rendered by Mendelsohn & Mendelsohn, P.C. in this Bankruptcy proceeding in the amount of $4,425.00.

b. Holders of allowed priority claims shall be provided for as follows:

   I.    Internal Revenue Service- Proof of claim # 2 in the amount of $175.81 shall be paid at the Closing of sale of real estate located at 345 E. Chestnut Street, Coatesville, PA.


c. Holders of allowed secured claims shall be provided for as follows:

   I.    Capital One Mortgage: Proof of claim #1 for the mortgage on real estate located at 345 E. Chestnut Street, Coatesville, PA 19320. Balance of lien to be paid in full at the Closing of Real Estate located at 345 E. Chestnut Street, Coatesville, PA. Payments will not be made directly to lender or via the Plan.
   II.   IRS- proof of claim #2 in the amount of $4,082.67 shall be paid at the Closing of sale of real estate located at 345 E. Chestnut Street, Coatesville, PA.
   III.  Chester County Tax Claim Bureau- Proof of Claim #5 (late claim)- in the amount of $1508.40 shall be paid at the Closing of sale of Real estate located at 345 E. Chestnut Street, Coatesville, PA.

c. Dividends to unsecured creditors whose claims are timely filed and duly allowed shall be paid 100%.

Any un-exempt equity in the real estate shall be paid into the Plan for the benefit of unsecured creditors who file timely and duly allowed claims.

Debtor is not eligible for a discharge.

Title to the debtor's property shall revest in the debtor *on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 U.S.C. 350*

Dated: January 2, 2017                                  /s/ Stephen Cane
                                                                        *Debtor*

Acceptance may be mailed to                    /s/ Brenna H. Mendelsohn

                                                  637 Walnut Street, Reading, PA 19601