## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Stephen A. Cane,  :  Chapter 13
                                                    :
                                                    :
                Debtor         :  Bankruptcy No. 15-15935-SR

### VERIFIED STATEMENT OF PROFESSIONAL
### TO BE EMPLOYED AS A REALTOR

I, Matthew Gorham, state that:

1. I am a licensed realtor in the Commonwealth of Pennsylvania and an agent with Keller Williams Real Estate - Exton, 100 Campbell Blvd., Suite 106, Exton, PA.

2. From all that is known, I am a disinterested person in this case and, to the best of my knowledge, I do not represent or hold any interest adverse to the estate in the matters upon which I am to be engaged.

3. I am not and was not an investment banker for any outstanding security of the Debtor, Stephen A. Cane.

4. I have not been, within three (3) years before the date of the filing of the Debtor's Petition, an investment banker for a security of the Debtor, or an attorney for such investment banker in connection with the offer, sale or issuance of a security of the Debtor.

5. I am not and was not, within two (2) years before the date of filing the Debtor's Petition, a director, officer, or employee of the Debtor or of an investment banker specified in Paragraph 3 and/or 4 hereof.

6. I do not represent any interest materially adverse to that of the bankruptcy estate of the Debtor or any class of creditors or equity security holders in matters upon which I am to be engaged.

7. To the best of my knowledge, I have no connection with the Debtor or creditors of the Debtor, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States trustee.

8. I verify that the foregoing information is true and correct to the best of my knowledge, information and belief.

9. This statement is made pursuant to Rule 11 of the Federal Rules of Civil Procedure relating to verified statements.

Date: 1-2-17

By: _____
Matthew Gorham, Realtor
License Number: