United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15935-sr
Stephen A. Cane                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 1          Date Rcvd: Jan 13, 2017
                           Form ID: pdf900        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db             +Stephen A. Cane,    345 E. Chestnut Street,   Coatesville, PA 19320-3202
r              +Matthew Gorham,   Keller Williams Real Estate,   100 Campbell Blvd.,   Suite 106,
                Exton, PA 19341-2545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Stephen A. Cane tobykmendelsohn@comcast.net
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   City of Coatesville jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Capital One, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   Capital One, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Stephen A. Cane,          :       Chapter 13
         Debtor           :
                            :       Bankruptcy No. 15-15935-SR
                            :

**ORDER**

AND NOW, upon consideration of the Application of Debtor for Authority to Employ realtor Pursuant to Section 327 and attached Verified Statement of Professional to be Employed; and it appearing that it is necessary and appropriate for the Debtor to employ Matthew Gorham of Keller Williams Real Estate - Exton, and it also appearing that he does not hold or represent an interest adverse to the Estate; and it is further appearing that he is a disinterested person under Title 11 of the United Stated Code; and that the employment would be in the best interest of the Estate.

IT IS ORDERED and DECREED that the Debtor be and is hereby authorized to employ Matthew Gorham of Keller Williams Real Estate - Exton as a realtor to market and sell the real property described in the Application, said employment to be upon the terms and conditions set forth therein.

IT IS FURTHER ORDERED and DECREED that the amount of compensation shall be determined solely upon a later fee application and Order of this Court.

BY THE COURT

1/13/17

_____
STEPHEN RASLAVICH
U.S. Bankruptcy Judge