**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Stephen A. Cane                                    Chapter 13 15-15935-SR
                    Debtor

**ADDENDUM TO SECOND AMENDED CHAPTER 13 PLAN**

Debtor, Stephen A. Cane, by and through his counsel, Brenna H. Mendelsohn, Esquire and Mendelsohn & Mendelsohn, P.C. hereby files this Addendum to the Second Amended Plan as follows:

Earnings of Debtor submitted to the control and supervision of Frederick L. Reigle, Esquire Chapter 13 Trustee as follows: Debtor to pay Trustee the total sum of Six Thousand Seven Hundred Seventy Dollars and Forty Cents ($6,770.40). Debtor to receive credit for monies paid to the Chapter 13 Trustee to date in the amount of $3,200.00 through December 2016. The balance of the Plan due will be paid in full from the proceeds of the sale of Real Estate located at 345 E Chestnut Street, Coatseville, PA 19320 within 90 days of the filing of this addendum.

Further the below paragraphs are amended as follows:

1.  Internal Revenue Service- Proof of claim # 2, the secured portion of the claim in the amount of $4082.67 shall be paid at the Closing of the sale of Real estate located at 345 E. Chestnut Street, Coatsville, PA.

    The priority portion of the IRS Claim #2 in the amount of $175.81 shall be paid through the Chapter 13 Plan.

2.  Paragraph c. - IV is now added to state that as to Proof of claim #6 filed by the Pennsylvania Department of Revenue - the secured portion of the claim in the amount of $956.12 shall be paid at the Closing of sale of real estate located at 345 E. Chestnut Street, Coatesville, PA.

    The unsecured portion of the Pennsylvania Department of Revenue claim in the amount of $1,303.68 shall be paid through the Chapter 13 Plan.

    The debtor is not entitled to a discharge and unsecured creditors shall be paid 100%.

*Respecfully submitted:*

Dated: January 23, 2017                                    /s/ Stephen A. Cane