UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Stephen A. Cane, | ) | CASE NO. 15-15935-SR |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### ORDER

AND NOW, upon consideration of Debtor's Motion to Sell Real Estate known as 345 East Chestnut Street, Coatesville, PA 19320, Chester County, Pennsylvania Free and Clear of all Liens and Encumbrances Pursuant to 11 U.S.C Section 363 and to Approve Real Estate Broker's Commission ("Motion"), and after notice to the standing chapter 13 trustee ("Trustee"), the office of the United States Trustee, all creditors and parties in interest, after opportunity for hearing thereon, and upon certification of no response to the motion, it is hereby

ORDERED that:

1. The Motion is granted.

2. The Debtor, Stephen A. Cane, is authorized to sell the real property located at 345 East Chestnut Street, Coatesville, PA 19320, Chester County, Pennsylvania, free and clear of any and all existing liens and encumbrances of whatever kind and nature pursuant to the terms of the Motion and the Agreement of Sale attached thereto.

3. The Debtor's ordinary, customary and reasonable closing costs including, but not limited to, realty transfer tax, recording fees, document preparation fees, express mail fees, and realtor's commission of 6% of the sales price of $237,000.00 shall be paid from the proceeds of sale.

4. All valid, perfected and allowed liens and encumbrances shall be paid at closing as follows:

a. First Mortgage with Capital One Bank, NA shall be paid in full at closing.

b. Internal Revenue Service, secured portion of the claim/lien in the amount of $4,082.67 shall be paid in full at closing.

c. The Pennsylvania Department of Revenue, secured portion of the claim/lien in the amount of $956.12 shall be paid in full at closing.

d. The real estate taxes shall be paid in full at closing.

e. The 100 % remaining balance of the confirmed Plan shall be paid to the Chapter 13 Trustee to allow the Trustee to complete the distribution of the Chapter 13 Plan and to pay off the remaining balance to unsecured and priority creditors 100% in accordance with the Confirmed Plan.

f. A copy of the HUD1 shall be provided to the Chapter 13 Trustee's office within ten days of the date of the closing.

g. Debtor is authorized to execute any and all documents and to perform any and all acts necessary to consummate the sale of the Property as authorized herein.

BY THE COURT:

_____
Stephen Raslavich
United States Bankruptcy Judge