**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Stephen A. Cane, | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 15-15935-ref |

### CERTIFICATE OF SERVICE

    I, Brenna H. Mendelsohn, hereby certify that on this 24th day of January 2017, I served, or caused to be served, a true and correct copy of the Certificate of No Response regarding the Motion to Modify Plan upon all interested parties, including any creditors listed on the Matrix, any Creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage paid.

Respectfully Submitted,

Dated: January 24, 2017    By:    /s/ *Brenna H. Mendelsohn*
Brenna H. Mendelsohn, Esquire