UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stephen A. Cane            Chapter 13

Debtor            Case Number: 15-15935-SR

## **ORDER**

AND NOW, upon consideration of the Motion to Modify Plan Post-Confirmation,

IT IS HEREBY ORDERED that the Motion is GRANTED.

It is furthered ORDERED that the Second Amended Chapter 13 Plan is Confirmed.

BY THE COURT

*[signature: Stephen Raslavich]*

**Dated: January 26, 2017**

_____

Stephen Raslavich
United States Bankruptcy Judge