United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen A. Cane  
       Debtor

Case No. 15-15935-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Christina      Page 1 of 1      Date Rcvd: Jan 26, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.  
db         +Stephen A. Cane,   345 E. Chestnut Street,   Coatesville, PA 19320-3202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:  
        BRENNA HOPE MENDELSOHN   on behalf of Debtor Stephen A. Cane tobykmendelsohn@comcast.net  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JAMES RANDOLPH WOOD   on behalf of Creditor   City of Coatesville jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Capital One, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        THOMAS I. PULEO   on behalf of Creditor   Capital One, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                       TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Stephen A. Cane, | ) | CASE NO. 15-15935-SR |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### ORDER

AND NOW, upon consideration of Debtor's Motion to Sell Real Estate known as 345 East Chestnut Street, Coatesville, PA 19320, Chester County, Pennsylvania Free and Clear of all Liens and Encumbrances Pursuant to 11 U.S.C Section 363 and to Approve Real Estate Broker's Commission ("Motion"), and after notice to the standing chapter 13 trustee ("Trustee"), the office of the United States Trustee, all creditors and parties in interest, after opportunity for hearing thereon, and upon certification of no response to the motion, it is hereby

ORDERED that:

1. The Motion is granted.

2. The Debtor, Stephen A. Cane, is authorized to sell the real property located at 345 East Chestnut Street, Coatesville, PA 19320, Chester County, Pennsylvania, free and clear of any and all existing liens and encumbrances of whatever kind and nature pursuant to the terms of the Motion and the Agreement of Sale attached thereto.

3. The Debtor's ordinary, customary and reasonable closing costs including, but not limited to, realty transfer tax, recording fees, document preparation fees, express mail fees, and realtor's commission of 6% of the sales price of $237,000.00 shall be paid from the proceeds of sale.

4. All valid, perfected and allowed liens and encumbrances shall be paid at closing as follows:

a. First Mortgage with Capital One Bank, NA shall be paid in full at closing.

b. Internal Revenue Service, secured portion of the claim/lien in the amount of $4,082.67 shall be paid in full at closing.

c. The Pennsylvania Department of Revenue, secured portion of the claim/lien in the amount of $956.12 shall be paid in full at closing.

d. The real estate taxes shall be paid in full at closing.

e. The 100 % remaining balance of the confirmed Plan shall be paid to the Chapter 13 Trustee to allow the Trustee to complete the distribution of the Chapter 13 Plan and to pay off the remaining balance to unsecured and priority creditors 100% in accordance with the Confirmed Plan.

f. A copy of the HUD1 shall be provided to the Chapter 13 Trustee's office within ten days of the date of the closing.

g. Debtor is authorized to execute any and all documents and to perform any and all acts necessary to consummate the sale of the Property as authorized herein.

BY THE COURT:

1/25/17

Stephen Raslavich
United States Bankruptcy Judge