United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 15-15935-sr
Stephen A. Cane                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett             Page 1 of 2              Date Rcvd: Jan 26, 2017
                               Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.
```
db         +Stephen A. Cane,    345 E. Chestnut Street,    Coatesville, PA 19320-3202
cr         +Capital One N.A.,,    Payment Processing,    P.O. Box 105385,    Atl, GA 30348-5385
cr         +City of Coatesville,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
r          +Matthew Gorham,    Keller Williams Real Estate,    100 Campbell Blvd.,    Suite 106,
             Exton, PA 19341-2545
13635143    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13582966   +Capital One Mortgage,    PO BOX 21887,    Saint Paul, MN 55121-0887
13595352   +Capital One N.A.,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
             701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839211   +Capital One N.A.,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
             Phila., PA 19106-1541
13602617   +Capital One, N.A.,    P.O. Box 21887,    Eagan, MI 55121-0887
13763522   +Chester County Tax Claim Bureau,    313 W. Market St., Ste. 3602,    West Chester, PA 19382-2804
13840728   +City of Coatesville,    c/o James R. Wood, Esq.,    Portnoff Law Assocs. Ltd.,
             2700 Horizon Dr., Ste. 100,    King of Prussia, PA 19406-2726
13677845   +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13582968   +PA Department of Revenue,    PO BOX 988,    Harrisburg, PA 17108-0988
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Jan 27 2017 01:22:26     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 27 2017 01:22:22     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13669278   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 27 2017 01:55:49     Capital One N. A.,
             c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
13582967    E-mail/Text: cio.bncmail@irs.gov Jan 27 2017 01:21:52     IRS Department of Treasury,
             Internal Revenue Service,    PO BOX 7346,    Phila., PA 19101-7346
13855103    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2017 01:22:06
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
                                                                                              TOTAL: 5
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA   17128-0946
cr*        +Capital One N. A.,    c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
```
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Stephen A. Cane tobykmendelsohn@comcast.net
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   City of Coatesville jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Capital One, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   Capital One, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2              Date Rcvd: Jan 26, 2017
                              Form ID: pdf900              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                              TOTAL: 7

Case 15-15935-sr    Doc 62    Filed 01/28/17    Entered 01/29/17 01:06:19    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stephen A. Cane                                    Chapter 13

                Debtor                                    Case Number: 15-15935-SR

## ORDER

AND NOW, upon consideration of the Motion to Modify Plan Post-Confirmation,

IT IS HEREBY ORDERED that the Motion is GRANTED.

It is furthered ORDERED that the Second Amended Chapter 13 Plan is Confirmed.

BY THE COURT

**Dated: January 26, 2017**

_____
Stephen Raslavich
United States Bankruptcy Judge