UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stephen A. Cane                                  Chapter 13

               Debtors                               Case Number: 15-15935-SR

## **ORDER**

AND NOW upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan,

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,700.00; $1,519.00 as legal fees from 7/10/16-1/3/17 and $181.00 as reimbursement of expenses.

BY THE COURT

**Dated: February 8, 2017**

_____
Stephen Raslavich
United States Bankruptcy Judge