United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15935-sr
Stephen A. Cane                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2           Date Rcvd: Apr 26, 2017
                             Form ID: 138NEW          Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
db             #+Stephen A. Cane,    345 E. Chestnut Street,    Coatesville, PA 19320-3202
cr              +Capital One N.A.,,    Payment Processing,    P.O. Box 105385,    Atl, GA 30348-5385
cr              +City of Coatesville,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
r               +Matthew Gorham,    Keller Williams Real Estate,    100 Campbell Blvd.,    Suite 106,
                  Exton, PA 19341-2545
13635143         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13582966        +Capital One Mortgage,    PO BOX 21887,    Saint Paul, MN 55121-0887
13595352        +Capital One N.A.,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
                  701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839211        +Capital One N.A.,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                  Phila., PA 19106-1541
13602617        +Capital One, N.A.,    P.O. Box 21887,    Eagan, MI 55121-0887
13763522        +Chester County Tax Claim Bureau,    313 W. Market St., Ste. 3602,    West Chester, PA 19382-2804
13840728        +City of Coatesville,    c/o James R. Wood, Esq.,    Portnoff Law Assocs. Ltd.,
                  2700 Horizon Dr., Ste. 100,    King of Prussia, PA 19406-2726
13677845        +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13582968        +PA Department of Revenue,    PO BOX 988,    Harrisburg, PA 17108-0988
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 27 2017 01:39:46      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 27 2017 01:39:44      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13669278       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 27 2017 01:40:50      Capital One N. A.,
                  c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
13582967        E-mail/Text: cio.bncmail@irs.gov Apr 27 2017 01:39:12      IRS Department of Treasury,
                  Internal Revenue Service,    PO BOX 7346,    Phila., PA 19101-7346
13855103        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:39:18
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*            +Capital One N. A.,    c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Stephen A. Cane tobykmendelsohn@comcast.net
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   City of Coatesville jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Capital One, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0313-2           User: Randi                 Page 2 of 2                   Date Rcvd: Apr 26, 2017
                               Form ID: 138NEW             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor   Capital One, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                       TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Stephen A. Cane
        Debtor(s)

Bankruptcy No: 15−15935−sr
Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 4/26/17